1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9    MARVIN HARRIS

10                Plaintiff,                          No. CIV S-11-3322 CKD P

11        vs.

12
     TOM VIRGA, et al.
13
                  Defendants.                        ORDER
14   _____/

15            Plaintiff is a state prisoner proceeding without counsel in an action under 42

16   U.S.C. § 1983.  He has not filed an application to proceed in forma pauperis (IFP), nor has he

17   paid the filing fee of $350.00.  The court's usual practice is to allow prisoners proceeding pro se

18   additional time to submit a completed application to proceed IFP.  However, in this case, it

19   appears plaintiff is barred from receiving IFP status under 28 U.S.C. § 1915(g).

20            The "three strikes" provision of the Prison Litigation Reform Act (PLRA)

21   empowers a court to deny IFP status to a litigant who has had three actions "dismissed on the

22   grounds that [they are] frivolous, malicious, or fail[] to state a claim upon which relief may be

23   granted."  28 U.S.C. § 1915(g).  An action meets this standard if it is "based on an indisputably

24   meritless legal theory" or its "factual contentions are clearly baseless.  Examples of the former

25   class are claims against which it is clear that the defendants are immune from suit and claims of

26   infringement of a legal interest which clearly does not exist."  Neitzke v. Williams, 490 U.S. 319,

1   327 (1989) (internal citation omitted).  The bar does not apply if a plaintiff can demonstrate that

2   he is "under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).[1]

3            The court's review of its records shows that plaintiff had already run afoul of the

4   "three strikes" provision before he filed this case.[2]  In Harris v. Reynolds, the court cited three

5   previous dismissals against plaintiff for failure to state a claim and ordered plaintiff to show

6   cause why his application to proceed IFP should not be denied under § 1915(g) of the PLRA.

7   See Harris v. Reynolds, Civil Action No. 2:09-cv-1817 JAM DAD (Docket No. 7).  "Show

8   cause" in that context could only mean plaintiff showing he was under imminent danger of

9   serious physical injury and thus exempt from the bar of § 1915(g).  Plaintiff failed to make that

10   showing, his IFP application was denied, and he was required to pay the fee for filing a civil

11   lawsuit in order to proceed.  See id. (Docket No. 9).  When he failed to pay the fee, his case was

12   dismissed.  See id. (Docket No. 17).

13            Plaintiff's status in this court is that of a "three strikes" violator under the PLRA.

14   The court will therefore order him to show cause why he is not barred from proceeding IFP under

15   28 U.S.C. § 1915(g) – to show, in other words, that he is under imminent danger of serious

16   physical injury and therefore exempt from the "three strikes" bar in this case.

17   ////

18   ////

19   ////

20   ////

21   ////

22

23   [1] "The statute contemplates that the 'imminent danger' will exist contemporaneously with
     the bringing of the action."  Abdul-Akbar v. McKelvie, 239 F.3d 307, 313 (3d Cir.), cert. denied,

24   533 U.S. 953 (2001).  "Imminent" means "about to occur at any moment or [] impending."  Id. at
     315; see also Oxford English Dictionary, available at http://dictionary.oed.com ("close at hand in

25   its incidence; coming on shortly").

26   [2] The court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
     803 F.2d 500, 505 (9th Cir. 1986).

1

Accordingly, IT IS HEREBY ORDERED that plaintiff has twenty-one days from

2  the entry of this order in which show cause why he is not barred from proceeding in forma

3  pauperis under 28 U.S.C. § 1915(g).

4  Dated: January 4, 2012

5

6  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

7

8  3

9  harr3322.ord

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26