1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARVIN HARRIS,

11              Plaintiff,                        No. CIV S-11-3322 CKD P

12         vs.

13   TOM VIRGA, et al.,                           ORDER and

14              Defendants.                       FINDINGS AND RECOMMENDATIONS

15   _____/

16              By order filed January 4, 2012, plaintiff was ordered to show cause, within

17   twenty-one days, why he is not barred from proceeding in forma pauperis under 28 U.S.C. §

18   1915(g).  The twenty-one day period has now expired, and plaintiff has not responded to the

19   court's order.

20              Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a

21   district judge to this case.

22              IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24              These findings and recommendations are submitted to the United States District

25   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

26   one days after being served with these findings and recommendations, plaintiff may file written

1   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

2   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

3   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

4   F.2d 1153 (9th Cir. 1991).

5    Dated: February 16, 2012

6    _____

7    CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

8    3

9    harr3322.fsc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26