IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

        Plaintiff,                  No. CIV S-11-3322 CKD P

   vs.

TOM VIRGA, et al.,               ORDER and

        Defendants.         FINDINGS AND RECOMMENDATIONS

_____/

        By order filed January 4, 2012, plaintiff was ordered to show cause, within twenty-one days, why he is not barred from proceeding in forma pauperis under 28 U.S.C. § 1915(g). The twenty-one day period has now expired, and plaintiff has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 16, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
harr3322.fsc